IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERI ANN WINGO,

     Plaintiff,                    No. CIV S-12-0546 GEB CKD PS

     vs.

CITY OF SACRAMENTO, et al.,

     Defendants.               ORDER

_____/

        On March 1, 2012, defendants filed a motion to dismiss. On March 21, 2012, plaintiff filed an amended complaint. Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), plaintiff may file once as a matter of course an amended complaint within 21 days after service of a motion under Federal Rule of Civil Procedure 12(b). Defendants' motion will therefore be denied as moot.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The hearing date of April 11, 2012 on defendants' motion to dismiss is vacated; and

        2. Defendants' motion to dismiss (dkt. no. 4) is denied as moot.

////

////

Dated: March 23, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
wingo.moot