IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERI ANN WINGO,

      Plaintiff,                    No. CIV S-12-546 GEB CKD PS

    vs.

CITY OF SACRAMENTO, et al.,

      Defendants.              <u>ORDER</u>

_____/

        On April 9, 2012, defendants filed a motion to dismiss. On April 13, 2012, plaintiff filed a second amended complaint. Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), plaintiff may file once as a matter of course an amended complaint within 21 days after service of a motion under Federal Rule of Civil Procedure 12(b). Plaintiff previously filed an amended complaint. Dkt. no. 8. Leave of court is therefore required to file any further amended complaints.

////

////

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's second amended complaint (dkt. no. 11) is stricken.

Dated: April 16, 2012

                                                  _____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
wingo.str