IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERI ANN WINGO,

     Plaintiff,                    No. CIV S-12-546 GEB CKD PS

    vs.

CITY OF SACRAMENTO, et al.,

     Defendants.            ORDER

_____/

       Plaintiff has filed a motion for leave to file a second amended complaint. The motion was not properly noticed for hearing. In addition, the motion was not accompanied by a proposed amended complaint. The court cannot determine, therefore, whether leave to amend should be granted. The motion will therefore be denied without prejudice.

       In the motion, plaintiff references a request to proceed in forma pauperis. This action was removed from state court. While the action was pending in state court, plaintiff was granted a fee waiver. Dkt. 1-1 at p. 52. Good cause appearing, plaintiff's request to proceed in forma pauperis will be granted.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for leave to file a second amended complaint (dkt. no. 14) is denied without prejudice.

2. Plaintiff's request to proceed in forma pauperis is granted.

Dated: April 30, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
wingo.amd